UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  CELIA VENTURA,                                            :
                                  Plaintiff,                :
                                                            :         21 Civ. 3477 (LGS)
              -against-                                     :
                                                            :         ORDER
  KEITH MITCHELL,                                           :
                                  Defendants.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed an incomplete proposed case management plan on July 29, 2021;

WHEREAS, the order dated August 4, 2021, required the parties to re-submit their joint letter and proposed case management plan by August 5, 2021;

WHEREAS, the parties failed to file any letter on ECF by August 5, 2021. It is hereby

**ORDERED** that by **August 10, 2021**, the parties shall re-submit their joint letter and proposed case management plan. If the parties cannot jointly produce the case management plan, then Plaintiff's counsel shall complete and submit the proposed case management plan by **August 10, 2021**.

Dated: August 9, 2021
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE