```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CELIA VENTURA,                                              :
                                    Plaintiff               :
                                                            :        21 Civ. 3477 (LGS)
              -against-                                     :
                                                            :              ORDER
KEITH MITCHELL,                                             :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 12, 2021;

WHEREAS, the parties consented to have a United States Magistrate Judge conduct all proceedings in this case.  It is hereby

**ORDERED** that the August 12, 2021, initial pretrial conference is **cancelled.**

Dated: August 10, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**